NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH RICH,                                    )
                                                )
              Appellant,                        )
                                                )
v.                                              )        Case No. 2D18-119
                                                )
STATE OF FLORIDA,                               )
                                                )
              Appellee.                         )
                                                )
_____ )

Opinion filed October 23, 2019.

Appeal from the Circuit Court for Pasco
County; Kimberly Campbell, Judge.

J. Rafael Rodriguez, of Law Offices of J.
Rafael Rodriguez, Miami for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.



NORTHCUTT, LUCAS, and BADALAMENTI, JJ., Concur.